# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156453

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                  SC: 156453
                                                  COA: 338944

RICHARD EUGENE BROWN,
         Defendant-Appellant.
                                                  Kalamazoo CC: 2016-000382-FH

_____/

      On order of the Court, the application for leave to appeal the August 21, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018



a0321

                                                  Clerk